# EXHIBIT 1 TO INTERSTATE'S COMPLAINT

# US8098277B1 vs. Defendants' Motive AI Dashcam & Driver Safety

# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|
| 14. **A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:**<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>determining an identity of the user based on the video data or information transmitted by the mobile communication device;<br><br>identifying individualized content associated with the determined identity; and<br><br>presenting an interactive image that is customized at least partly based on the individualized content on a display. | <br><br>Source: https://gomotive.com/products/driver-safety/ |

2

# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|
| 14. **A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:** | |

14. **A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:**

capturing video data including a space occupied by a user of a mobile communication device;

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.



**DRIVER & FLEET SAFETY**

Protect drivers and reduce risk with the industry's most accurate AI.

*Source: https://gomotive.com/products/driver-safety/*

**FLEET AI DASHCAM**

Smart, accurate, and responsive AI dash cams for fleet safety.

Reduce accidents and detect unsafe driving with unrivaled accuracy and speed. After all, fleet dash cams make the best eyewitnesses.

*Source: https://gomotive.com/products/dashcam/*

The AI Dashcam is powered by the leading AI processor and advanced computer vision algorithms to keep your fleet safe.

**Alert in real time**

AI instantly detects high-risk behavior with industry-leading accuracy and sends in-cab alerts to modify behavior in real time.

**Automate coaching**

Our in-house safety team and advanced event intelligence analyze every video within seconds, then coach your drivers post-trip.

**Protects your business**

Minimize workplace injuries, costly fines, and reputational damage with automated job site monitoring. Enforce safety protocols and take proactive steps to ensure a safer work environment.

**Best-in-class storage and reliability**

Retrieve dash cam footage from the last 30 to 235 hours to understand what happened. Up to 60 minutes of HD footage is available with every request.

*Source: https://gomotive.com/products/dashcam/*

3

# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

**capturing video data including a space occupied by a user of a mobile communication device;**

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.

### Industry-leading image quality

Motive offers HD video with a wide field of view, capturing at 30 frames per second. Our dash cams don't miss a single detail.

*Source: https://gomotive.com/products/dashcam/*



*Source:         https://gomotive.com/wp-content/uploads/2023/03/driver_safety_product_brief.pdf*



*Source: https://gomotive.com/company/demo/*

# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.



*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6162160741917-How-to-enable-Driver-Identification-Settings*



## Faster unidentified driver identification with Face Match

The most time-consuming part of managing unidentified trips? Figuring out who was driving. This can be especially challenging for carriers who slip seat.

While Motive already automatically suggests the driver who connected to the Vehicle Gateway before and after the unidentified trip, we've taken a huge step forward by introducing Face Match.

Face Match uses facial recognition to automatically identify the driver. Now, when hovering over or clicking into an unidentified trip, a driver photo and assignment suggestion will automatically appear:

When customers choose to turn on Face Match, Motive's artificial intelligence automatically identifies drivers by analyzing dashcam footage during assigned trips. This means there's no need to manually register drivers.

*Source: https://gomotive.com/blog/introducing-easier-ude-management/*



*Source: https://youtu.be/bxl5cc4BUXQ*

*Source: https://go.gomotive.com/rs/264-HRT-423/images/AI-Model-Development....*

# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|
| 14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**<br><br>identifying individualized content associated with the determined identity; and<br><br>presenting an interactive image that is customized at least partly based on the individualized content on a display. | <br><br>*Source: https://gomotive.com/products/driver-safety/*<br><br>Motive's Face Match uses advanced AI technology to automatically create image-based profiles of drivers, which are then used to automate various manual tasks, including the identification of drivers involved in unsafe driving behaviors and matching them with unidentified trips. This can save time for Fleet Managers and help keep drivers safer and more compliant efficiently.<br><br>*Source:    https://helpcenter.gomotive.com/hc/en-us/articles/12438739466909-How-to-identify-and-re-identify-a-driver-using-Face-Match* |

# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

**determining an identity of the user based on the video data or information transmitted by the mobile communication device;**

identifying individualized content associated with the determined identity; and

presenting an interactive image that is customized at least partly based on the individualized content on a display.



The Motive Driver App gives drivers an easy-to-use and reliable mobile workspace to manage compliance, communication, and daily work on the road. With built-in HOS countdown clocks, proactive alerts, and automated workflows, the Driver App helps drivers stay compliant and productive throughout their day. By connecting drivers to logs, dispatch, documents, safety tools, and spend management in a single place, the Motive Driver App streamlines work so drivers can focus on safe, efficient driving.

*Source:* *https://helpcenter.gomotive.com/hc/en-us/articles/31054123805853-Driver-App-Overview*



## Overview

The Motive Driver App provides drivers with easy access to essential compliance and tracking tools. Whether you're installing the app for the first time or updating to the latest version, this guide will walk you through each step to ensure smooth setup and operation. Key features include:

- Secure access: Sign in securely using either your email or company credentials, ensuring your account is protected and access is streamlined.

- Automatic updates: Stay current with the latest features and improvements by enabling auto-updates, so you never miss a crucial app enhancement.

*Source:* *https://helpcenter.gomotive.com/hc/en-us/articles/6160873196573-Sign-Up-and-Login#h_01K6XP6CCQ3BPN6C1AE5PZ6MVK*

*Source:* *https://apps.apple.com/us/app/motive-driver/id706401738*

# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|

14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:

capturing video data including a space occupied by a user of a mobile communication device;

determining an identity of the user based on the video data or information transmitted by the mobile communication device;

**identifying individualized content associated with the determined identity; and**

presenting an interactive image that is customized at least partly based on the individualized content on a display.



*Source: https://gomotive.com/products/driver-safety/*

*Source: https://device.report/m/99e235e43e05426c0131bf8bdab51e3844510f46ad55f6140c0caa9ba2f6509d.pdf*



# US8098277B1

| Claim 14 | Defendants' Motive AI Dashcam & Driver Safety |
|---|---|
| 14. A hardware computer readable storage medium having embodied thereon a program, the program being executable by a processor of a computing system in order to cause the computing system to perform operations comprising:<br><br>capturing video data including a space occupied by a user of a mobile communication device;<br><br>determining an identity of the user based on the video data or information transmitted by the mobile communication device;<br><br>identifying individualized content associated with the determined identity; and<br><br>**presenting an interactive image that is customized at least partly based on the individualized content on a display.** | <br><br>*Source: https://gomotive.com/wp-content/uploads/2023/03/driver_safety_product_brief.pdf* |