# EXHIBIT 3 TO INTERSTATE'S COMPLAINT

# US7639943B1 vs. Defendants' Motive AI Dashcam

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|
| 1. A method comprising:<br><br>**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | The Motive AI Dashcam works alongside the Motive Vehicle Gateway to instantly record video footage when critical events ⤢ occur such as hard braking, hard cornering, rapid acceleration, and unsafe driving behavior. Learn more about which dashcam you have ⤢ .<br><br>*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6113998373661-How-to-Install-the-AI-Dashcam-in-the-Vehicle*<br><br><br><br>*Source: https://gomotive.com/dashcam-guide/* |

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|
| 1. A method comprising:<br><br>**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | The Motive AI Dashcam works alongside the Motive Vehicle Gateway to instantly record video footage when critical events ☑ occur such as hard braking, hard cornering, rapid acceleration, and unsafe driving behavior. Learn more about which dashcam you have ☑ .<br><br>*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6113998373661-How-to-Install-the-AI-Dashcam-in-the-Vehicle*<br><br><br><br>*Source: https://gomotive.com/dashcam-guide/*    *Source: https://gomotive.com/wp-content/uploads/2024/09/2024Q3_Spec-Sheet_AI-Dashcam.pdf*<br><br>• Connectivity: High-speed LTE through included Motive Vehicle Gateway<br><br>| Automatic software updates | Updates are sent over-the-air (OTA) directly to the vehicle gateway without any interaction from drivers. |<br><br>*Source: https://gomotive.com/wp-content/uploads/2023/03/vehicle_gateway_spec_sheet.pdf* |

3

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|
| 1. A method comprising:<br><br>**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | ## How to enable Trip Images on Motive Fleet Dashboard?<br><br>Updated 9 months ago · Est. reading time: 1 min<br><br>| Audience | Fleet Admin |<br>|---|---|<br>| Applies To | Fleet Dashboard > Admin |<br><br>## Introduction<br><br>Fleet Admins can turn on the trip images feature to take pictures at each engine start/stop automatically and every 10 minutes during the trip. Dashcams capture these images, helping you check the camera's view and ensure it is installed correctly.<br><br>*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6175822478877-How-to-enable-Trip-Images-on-Motive-Fleet-Dashboard* |

4

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|
| 1. A method comprising:<br><br>**automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;**<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | <br><br>*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6175822478877-How-to-enable-Trip-Images-on-Motive-Fleet-Dashboard* |

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|
| 1. A method comprising:<br><br>automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;<br><br>**configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;**<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | **Do Dashcams have cloud storage?**<br><br>Updated 9 months ago · Est. reading time: 1 min<br><br>| Audience | Fleet Admins, Fleet managers |<br>| Applies To | AI Dashcams, Smart Dashcams |<br><br>**Answer**<br><br>Motive AI Dashcams and Smart Dashcams have limited cloud storage. Not all the videos are stored in the cloud. Only videos from safety events and recalled videos are stored on the cloud servers depending upon data retention settings and the rest of the videos are stored on the camera's storage which may be overwritten depending on the Dashcam recording capacity.<br><br>• Safety event videos are automatically stored on the cloud servers.<br>• Fleets can save any non-safety event video to the cloud by requesting the video through the video recall option.<br><br>**TCP (Transmission Control Protocol)**<br><br>TCP is a connection-oriented protocol that ensures reliable and ordered delivery of data packets:<br><br>**Key Characteristics:**<br><br>• **Connection-Oriented:** Uses a three-way handshake to establish a session.<br>• **Reliable Delivery:** Lost packets are retransmitted automatically.<br>• **Ordered Data:** Ensures packets are delivered in the correct sequence.<br>• **Flow and Congestion Control:** Regulates traffic to avoid network congestion.<br><br>**Advantages for YouTube:**<br><br>• Guarantees that video and audio streams are delivered correctly.<br>• Handles varying network conditions by retransmitting lost packets.<br>• Reduces buffering and playback issues in VOD content.<br>• Supports adaptive streaming using protocols like DASH (Dynamic Adaptive Streaming over HTTP), which adjust video quality based on network speed. | *Source:*<br><br>*https://helpcenter.gomotive.com/hc/en-us/articles/18023993653277-Do-Dashcams-have-cloud-storage*<br><br><br><br>*Source:*<br><br>*https://www.geeksforgeeks.org/computer-networks/why-is-youtube-using-tcp-but-not-udp/* |

6

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|
| 1. A method comprising: | |
| automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter; | |
| configuring an HTTP or TCP data block with information related to the automatically captured plurality of images; | |
| **automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and** | |
| upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action. | |

**Do Dashcams have cloud storage?**

Updated 9 months ago  ·  Est. reading time: 1 min

| Audience | Fleet Admins, Fleet managers |
|---|---|
| Applies To | AI Dashcams, Smart Dashcams |

**Answer**

Motive AI Dashcams and Smart Dashcams have limited cloud storage. Not all the videos are stored in the cloud. Only videos from safety events and recalled videos are stored on the cloud servers depending upon data retention settings and the rest of the videos are stored on the camera's storage which may be overwritten depending on the Dashcam recording capacity.

- Safety event videos are automatically stored on the cloud servers.
- Fleets can save any non-safety event video to the cloud by requesting the video through the video recall option.

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/18023993653277-Do-Dashcams-have-cloud-storage*

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|

1. A method comprising:

automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;

configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;

**automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and**

upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action.



*Source:*

*https://helpcenter.gomotive.com/hc/en-us/articles/18023993653277-Do-Dashcams-have-cloud-storage*

*Source: https://gomotive.com/dashcam-guide/*

*Source: https://gomotive.com/wp-content/uploads/2024/09/2024Q3_Spec-Sheet_AI-Dashcam.pdf*

8

# US7639943B1

| Claim 1 | Defendants' Motive AI Dashcam |
|---|---|
| 1. A method comprising:<br><br>automatically capturing a plurality of images in a camera-enabled mobile device without user action for each image capture, the automatic capture of the plurality of images being performed under control of a program downloaded by a user via a public network to the camera-enabled mobile device, the automatic capture of each image of the plurality of images being performed periodically according to a pre-configured parameter;<br><br>configuring an HTTP or TCP data block with information related to the automatically captured plurality of images;<br><br>automatically uploading the plurality of images with the HTTP or TCP data block to a network server without user action for each image upload, the automatic upload of the plurality of images being performed under control of the program downloaded by the user via the public network to the camera-enabled mobile device; and<br><br>**upon completion of the automatic uploading of the plurality of images, enabling automatic capture of a next plurality of images in the camera-enabled mobile device without user action.** | The Motive AI Dashcam is built to capture and preserve every detail, empowering you to understand what happened and respond quickly. Here's how.<br><br>## 1. Continuous recording with built-in battery backup<br><br>Collisions can often disrupt a vehicle's power supply by impacting the vehicle's battery or damaging the electrical system, cutting power to the Motive Vehicle Gateway and AI Dashcam. Power to these devices can also be lost if the cable connecting the Vehicle Gateway to the vehicle's diagnostic port or the cable linking the Vehicle Gateway and AI Dashcam is severed. Each of these scenarios puts critical footage at risk.<br><br>To prevent data loss, the Vehicle Gateway and AI Dashcam feature industrial-grade battery backups, ensuring continuous recording and automatic cloud upload of footage if power is lost, preserving a complete sequence of events.<br><br>*Source: https://gomotive.com/blog/how-motive-secures-critical-collision-footage-when-it-matters-most/* |

9