# EXHIBIT 4 TO INTERSTATE'S COMPLAINT

# US7460737B2 vs. Defendants' Motive Driver & Fleet Safety

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. **A computer-implemented method for distributing image data, comprising:**

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

   providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

   receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

   serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.



*Source: https://gomotive.com/products/driver-safety*

| Audience | Fleet Admins, Fleet Managers |
|---|---|
| Applies To | Fleet Dashboard > Safety > Events |

## Introduction

The Safety Events List helps safety managers review and act on events faster. Motive aims to balance the use of videos and images (for seat belt violations and camera obstruction events) to avoid overloading safety managers with too much video content. These improvements help safety managers assess and respond to incidents more effectively.

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/20541752271517-How-to-view-Safety-Events-Media-on-the-Fleet-Dashboard*

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>**collecting digital image data comprising a plurality of discrete photographic images in digital form;**<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | **What is a fleet dash cam?**<br><br>A fleet dash cam is a specialized camera system designed for commercial vehicles and fleets. It records real-time footage of a vehicle's surroundings and driver activities to enhance safety, monitor behavior, and provide valuable data for fleet management. Motive also provides cameras with 360-degree coverage.<br><br>*Source: https://gomotive.com/products/dashcam/*<br><br>## Introduction<br><br>Motive dashcams' gives the fleet admins Live image capture capability —a convenient hub for accessing real-time visuals directly from the device. Your go-to destination for requesting images, it showcases the latest capture alongside a timestamp for instant reference. This is an option that is available on your dashboard under the vehicle profile. With the flexibility to request up to **100 images** daily, you can stay informed with a comprehensive visual record. Plus, image updates align seamlessly with the cellular data connectivity of the Vehicle Gateway, ensuring a dynamic and reliable stream of visuals.<br><br>2. How to enable Trip Images (automatic images)<br><br>Note: This is a setting that Fleet Admins must enable if they would like to have automatic images captured throughout the duration of trips.<br><br>*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6190643349277-Dashcam-Live-Images-Feature* |

3

# US7460737B2

| **Claim 1** | **Defendants' Motive Driver & Fleet Safety** |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

collecting digital image data comprising a plurality of discrete photographic images in digital form;

**collecting source information for each of the plurality of discrete photographic images;**

automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.

## How to get vehicle location and speed details

Updated 5 months ago · Est. reading time: 1 min

| Audience | Fleet Admin |
|---|---|
| Applies To | Vehicle Gateway, Dashcam |

### Introduction

Fleet admins can retrieve vehicle location and speed details along with date/ time, odometer, total fuel, and total engine hour details.

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/9201007673885-How-to-get-vehicle-location-and-speed-details*



*Source: https://gomotive.com/products/driver-safety/*

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   **automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**

   providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

   receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

   serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.

---

**How AI Dashcam Helps You**

AI Dashcam is designed to help Drivers stay safe and compliant on the road. Here is how it helps you:

- Detects unsafe driving behavior
- Alerts Drivers about their unsafe driving
- Adds event for Fleet Managers to view

**AI Dashcam Overview**

- AI Dashcam enables Fleet Managers to ensure the safety of their Drivers on the road.
- It records the unsafe driving behavior of the Drivers and alerts them about it.
- Moreover, these videos are then shared with professionals to tag them under various unsafe driving behaviors.
- Fleet Managers can view these events and sign up the Drivers for training.

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6176912028573-What-is-the-AI-Dashcam*

---

**Speeding over posted**

- What is it detecting? A driver is traveling above the posted speed limit for a specified duration.
- Event generation trigger definition: The vehicle exceeds 6 mph over the posted speed limit for more than 1 minute.
- In-cab alert definition: The vehicle exceeds 6 mph over the posted speed limit for more than 1 minute.
- Supported dashcam models: DC-33, DC-34, DC-53, DC-54

**Speeding over policy**

- What is it detecting? A driver exceeds the company's defined maximum speed threshold.
- Event generation trigger definition: N/A
- In-cab alert definition: The vehicle exceeds 75 mph.
- Supported dashcam models: DC-33, DC-34, DC-53, DC-54

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/8218103926941-Definition-of-AI-Events-Detected-by-AI-Dashcams*

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

collecting digital image data comprising a plurality of discrete photographic images in digital form;

collecting source information for each of the plurality of discrete photographic images;

**automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**

providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.



*Source: https://gomotive.com/products/features/ai-accuracy/*

**6**

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   **automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**

   providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

   receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

   serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.



*Source: https://helpcenter.gomotive.com/hc/en-us/articles/23989447002269-How-to-view-request-videos-for-speeding-event-details-in-Safety*

7

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

   **providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;**

   receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

   serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.

### Best-in-class storage and reliability

Retrieve dash cam footage from the last 30 to 235 hours to understand what happened. Up to 60 minutes of HD footage is available with every request.

### How long does the AI Dashcam store video?

The commercial dash cam stores footage from the past 30 to 235 hours.

*Source: https://gomotive.com/products/dashcam/*

### Do Dashcams have cloud storage?

Updated 5 months ago  •  Est. reading time: 1 min

| Audience | Fleet Admins, Fleet managers |
|---|---|
| Applies To | AI Dashcams, Smart Dashcams |

### Answer

Motive AI Dashcams and Smart Dashcams have limited cloud storage. Not all the videos are stored in the cloud. Only videos from safety events and recalled videos are stored on the cloud servers depending upon data retention settings and the rest of the videos are stored on the camera's storage which may be overwritten depending on the Dashcam recording capacity.

- Safety event videos are automatically stored on the cloud servers.

- Fleets can save any non-safety event video to the cloud by requesting the video through the video recall option.

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/18023993653277-Do-Dashcams-have-cloud-storage*

8

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

   providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

   **receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;**

   serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.



*Source: https://helpcenter.gomotive.com/hc/en-us/articles/23989447002269-How-to-view-request-videos-for-speeding-event-details-in-Safety*

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

   providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

   **receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;**

   serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.





*Source: https://helpcenter.gomotive.com/hc/en-us/articles/20541752271517-How-to-view-Safety-Events-Media-on-the-Fleet-Dashboard*

10

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

   providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

   **receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;**

   serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.

Motive divides unsafe behaviors into 4 main categories:

(*Click on the name of the category or behavior to jump to more detail*)

| Behavior Category | Definition | Behaviors |
|---|---|---|
| Traffic Signals & Signs | Violations of posted signs and signals in local, state, or federal jurisdictions. | • Ran red light<br>• Stop sign violation<br>• Speeding over posted<br>• Speeding over policy |
| Core Risk | Fundamental driving principles with high correlation to accidents. | • Unsafe lane change<br>• Close following<br>• Lane cutoff |
| Awareness | Driver conduct that can potentially impact their driving. | • Distraction<br>• Drowsiness<br>• Smoking<br>• Cell phone usage<br>• Seat belt violation |
| Harsh Driving | Behaviors generated due to sudden changes in direction and speed. | • Braking<br>• Accelerating<br>• Cornering |

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6858636962333-What-unsafe-behaviors-does-Motive-monitor-through-Dashcam-and-Vehicle-Gateway*

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

   collecting digital image data comprising a plurality of discrete photographic images in digital form;

   collecting source information for each of the plurality of discrete photographic images;

   automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

   providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

   receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

   **serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.**

## How to view Safety Events Media on the Fleet Dashboard

Updated 1 month ago  ·  Est. reading time: 2 min

| Audience | Fleet Admins, Fleet Managers |
|---|---|
| Applies To | Fleet Dashboard > Safety > Events |

3. Use the filter options to customize the list based on:

| | |
|---|---|
| Date | Filter and select the date timelines. |
| Driver | Search for the Driver's name directly. |
| Vehicle | Select a vehicle to view their information. |
| Severity | Event severity helps Fleet Managers prioritize the safety event review process.<br>Dropdown options:<br>• Critical<br>• High<br>• Medium<br>• Low<br>Read More: *Event Severity* |
| Behavior | Safety behaviors like Close Following, Lane Cutoff, etc can be selected from the dropdown. |
| Status | Clicking the dropdown gives us these options:<br>• Pending review<br>• Coachable<br>• Coached<br>• Dismissed |

*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6189410468509-How-to-view-safety-events-on-Fleet-Dashboard*

12

# US7460737B2

| Claim 1 | Defendants' Motive Driver & Fleet Safety |
|---|---|
| 1.  A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>**serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.** | <br><br>*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6189410468509-How-to-view-safety-events-on-Fleet-Dashboard* |