# EXHIBIT 6 TO INTERSTATE'S COMPLAINT

# US7251535B2 vs. Defendants' Motive GPS Fleet Tracking

# US7251535B2

| Claim 1 | Defendants' Motive GPS Fleet Tracking |
|---|---|
| **1. A method for use with an enterprise operation and at least one processor programmed to perform at least one diagnostic process on the operation and to at least periodically perform at least one summary process on the operation, the method for commencing the at least one summary process and comprising the steps of:**<br><br>specifying at least one triggering relationship between at least a first enterprise user and the operation that is to automatically initiate the at least one summary process;<br><br>determining when the at least one triggering relationship occurs; and<br><br>when the at least one triggering relationship occurs, automatically causing the processor to perform the at least one summary process. | <br><br>**Industry-leading fleet management solutions**<br><br>Connect, automate, and manage physical operations with a fully integrated product suite. Motive combines ease of use with constantly evolving features to help you stay ahead.<br><br>GPS FLEET TRACKING<br>**Accurate and reliable GPS fleet tracking.**<br>Keep drivers on track and customers informed with real-time and historical GPS data.<br><br>**Streamline research and reporting through Geofences.**<br><br>Set up virtual boundaries for vehicles and assets, and get notified when they enter and leave sites.<br><br>✓ Combine geofence data, histories, and activity logs to verify job completions.<br><br>✓ Identify patterns like frequent accidents, traffic bottlenecks, and more.<br><br>✓ Create and trigger Driver Walkthroughs that include tasks to be completed in a certain location.<br><br>✓ Expedite reports on vehicle movement, arrivals, and departures.<br><br>*Source: https://gomotive.com/products/features/gps-fleet-tracking/* |

2

# US7251535B2

| Claim 1 | Defendants' Motive GPS Fleet Tracking |
|---|---|

1. **A method for use with an enterprise operation and at least one processor programmed to perform at least one diagnostic process on the operation and to at least periodically perform at least one summary process on the operation, the method for commencing the at least one summary process and comprising the steps of:**

   specifying at least one triggering relationship between at least a first enterprise user and the operation that is to automatically initiate the at least one summary process;

   determining when the at least one triggering relationship occurs; and

   when the at least one triggering relationship occurs, automatically causing the processor to perform the at least one summary process.

---

### 3. Set up notifications

Finally, set up your notification alerts. Typically this is an if-then type of alert. For example, "if X leaves the lot, then email and text Joe." These could also be specific to a particular time frame, e.g., "if Y equipment moves from this site on weekends, deliver a notification to Janis immediately."

The geofence software will often let you choose who gets which alerts, how frequently, and whether notifications are by text or email, or both. Motive lets you program alerts to send to external recipients too.

*Source:* [*https://gomotive.com/blog/what-is-a-geofence-fleet-management/*](https://gomotive.com/blog/what-is-a-geofence-fleet-management/)

### Introduction

Scheduled reports help Fleet Managers easily distribute reports to internal and third-party stakeholders. You can edit the schedule, copy it for a new report, rename it, or even delete a schedule.

- **Schedule Name** - Name of the scheduled report
- **Deliver To** - You can add multiple recipients or all recipients linked to particular roles.
- **Report Time Range** - Time range of the data to be displayed in the report
- **Schedule** - How often you want the report to be distributed
- **Time** - The time of day you want the report to be distributed
- **Deliver Report As** - Format of the report. You can choose from a CSV or a PDF format.

Schedule          ○ Daily    ○ Weekly    ● Monthly

*Source:* [*https://helpcenter.gomotive.com/hc/en-us/articles/6189949722397-How-to-manage-Scheduled-Reports*](https://helpcenter.gomotive.com/hc/en-us/articles/6189949722397-How-to-manage-Scheduled-Reports)

# US7251535B2

| Claim 1 | Defendants' Motive GPS Fleet Tracking |
|---|---|

1. **A method for use with an enterprise operation and at least one processor programmed to perform at least one diagnostic process on the operation and to at least periodically perform at least one summary process on the operation, the method for commencing the at least one summary process and comprising the steps of:**

   specifying at least one triggering relationship between at least a first enterprise user and the operation that is to automatically initiate the at least one summary process;

   determining when the at least one triggering relationship occurs; and

   when the at least one triggering relationship occurs, automatically causing the processor to perform the at least one summary process.



*Source: https://helpcenter.gomotive.com/hc/en-us/articles/6189460975133-How-to-view-and-download-Geofence-Summary-Report*

# US7251535B2

| Claim 1 | Defendants' Motive GPS Fleet Tracking |
|---|---|
| 1. A method for use with an enterprise operation and at least one processor programmed to perform at least one diagnostic process on the operation and to at least periodically perform at least one summary process on the operation, the method for commencing the at least one summary process and comprising the steps of:<br><br>**specifying at least one triggering relationship between at least a first enterprise user and the operation that is to automatically initiate the at least one summary process;**<br><br>determining when the at least one triggering relationship occurs; and<br><br>when the at least one triggering relationship occurs, automatically causing the processor to perform the at least one summary process. | **How does fleet geofencing work?**<br><br>Geofencing is easy to use with your fleet management software. First you find your location on a map. Then, you draw the geofence's shape and set the boundaries for your virtual perimeter.<br><br>In configuring a geofence, you can set up entry and exit triggers that will use WiFi, cellular data, GPS, or RFID data to alert you to activities within the chosen zone. For example, you might set up an alert to let you know if a bulldozer leaves its designated zone at a construction job site. You can also set alerts by driver, vehicle, asset, or group.<br><br>**Tracking commercial fleets**<br><br>With geofencing software, fleet managers can track your vehicles' movement to support fleet optimization and apply safety measures. With alerts about driver idling and detention time, you can also improve route planning (to cut fuel usage and optimize vehicle performance).<br><br>Also, rather than calling (and distracting) your drivers to ask about their ETAs, you can set geo-boundaries around their loading spots, rest areas, destination, etc., and receive automated reports.<br><br>Geofencing can also be used to create virtual time stamps and cards with your fleet management software recording working hours when staff passes through the digital, geofenced perimeters.<br><br>**3. Set up notifications**<br><br>Finally, set up your notification alerts. Typically this is an if-then type of alert. For example, "if X leaves the lot, then email and text Joe." These could also be specific to a particular time frame, e.g., "if Y equipment moves from this site on weekends, deliver a notification to Janis immediately."<br><br>The geofence software will often let you choose who gets which alerts, how frequently, and whether notifications are by text or email, or both. Motive lets you program alerts to send to external recipients too.<br><br>*Source: https://gomotive.com/blog/improve-productivity-with-fleet-geofencing/*<br><br>*Source: https://gomotive.com/blog/what-is-a-geofence-fleet-management/* |

# US7251535B2

| Claim 1 | Defendants' Motive GPS Fleet Tracking |
|---|---|
| 1. A method for use with an enterprise operation and at least one processor programmed to perform at least one diagnostic process on the operation and to at least periodically perform at least one summary process on the operation, the method for commencing the at least one summary process and comprising the steps of:<br><br>specifying at least one triggering relationship between at least a first enterprise user and the operation that is to automatically initiate the at least one summary process;<br><br>**determining when the at least one triggering relationship occurs;** and<br><br>when the at least one triggering relationship occurs, automatically causing the processor to perform the at least one summary process. | **What is fleet geofencing?**<br><br>Geofencing is a digital solution in which you set up a virtual perimeter around a specific location of your choice or a point of interest. Your virtual boundary can pinpoint a zone as narrow as a single-lane street or as vast as a whole country. You can also set a boundary around an entire highway. Fleet geofencing puts this into practice for fleet vehicles.<br><br>Taking advantage of GPS fleet tracking, you can set up real-time notifications letting you know when assets enter or exit the boundaries of the geofenced perimeter. Using WiFi, cellular data, GPS, or RFID, the geofencing software will use real-time data about your assets to trigger pre-programmed responses.<br><br>• Provides real-time alerts. Administrators can automate alerts notifying them whenever an asset enters or leaves a virtual parameter, such as a driver entering or leaving a job site.<br><br>*Source: https://gomotive.com/blog/improve-productivity-with-fleet-geofencing/* |

6

# US7251535B2

| Claim 1 | Defendants' Motive GPS Fleet Tracking |
|---|---|
| 1. A method for use with an enterprise operation and at least one processor programmed to perform at least one diagnostic process on the operation and to at least periodically perform at least one summary process on the operation, the method for commencing the at least one summary process and comprising the steps of:<br><br>specifying at least one triggering relationship between at least a first enterprise user and the operation that is to automatically initiate the at least one summary process;<br><br>determining when the at least one triggering relationship occurs; and<br><br>**when the at least one triggering relationship occurs, automatically causing the processor to perform the at least one summary process.** | **Tracking commercial fleets**<br><br>With geofencing software, fleet managers can track your vehicles' movement to support fleet optimization and apply safety measures. With alerts about **driver idling** and detention time, you can also improve route planning (to cut fuel usage and **optimize vehicle performance**).<br><br>Also, rather than calling (and distracting) your drivers to ask about their ETAs, you can set geo-boundaries around their loading spots, rest areas, destination, etc., and receive automated reports.<br><br>Geofencing can also be used to create virtual time stamps and cards with your fleet management software recording working hours when staff passes through the digital, geofenced perimeters.<br><br>*Source: https://gomotive.com/blog/improve-productivity-with-fleet-geofencing/*<br><br>**Streamline research and reporting through Geofences.**<br><br>Set up virtual boundaries for vehicles and assets, and get notified when they enter and leave sites.<br><br>✓ Combine geofence data, histories, and activity logs to verify job completions.<br><br>✓ Identify patterns like frequent accidents, traffic bottlenecks, and more.<br><br>✓ Create and trigger Driver Walkthroughs that include tasks to be completed in a certain location.<br><br>✓ Expedite reports on vehicle movement, arrivals, and departures.<br><br>*Source: https://gomotive.com/products/features/gps-fleet-tracking/* |